

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2019

No. 04-18-00218-CV

**EX PARTE JAKE ALEXANDER GARCIA,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21969
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On December 12, 2018, a panel consisting of Justice Karen Angelini, Justice Marialyn Barnard, and Justice Rebeca C. Martinez dismissed this appeal because appellant failed to comply with this Court's November 5, 2018 order. *See* TEX. R. APP. P. 42.3(c). On December 27, 2018, appellant filed a motion for rehearing and a motion for rehearing *en banc*, requesting reinstatement of the appeal.

The motion for rehearing is DENIED.[1] With regard to the motion for rehearing *en banc*, the Court requests that appellees file a response on or before **January 25, 2019**. *See* TEX. R. APP. P. 49.2.

It is so ORDERED on January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] Texas Rule of Appellate Procedure 49.3 provides that a "motion for rehearing may be granted by a majority of the justices who participated in the decision of the case. Otherwise it must be denied." TEX. R. APP. P. 49.3. Because Justices Angelini and Barnard are no longer members of this Court, a majority of the justices who participated in the decision of the case cannot grant the motion for rehearing. *See id.* Therefore, "it must be denied." *Id.*